MARSTONE DISTRIBUTORS, INC., Appellant, v. BENJAMIN SHAPIRO, Respondent. BENJAMIN SHAPIRO, Respondent, v. MARSTONE DISTRIBUTORS, INC., Defendant and Third-Party Plaintiff-Respondent-Appellant. UNITED STATES STEEL CORPORATION (CERTIFIED INDUSTRIES DIVISION), Third-Party Defendant-Appellant.—

Rabin, P. J., Munder, Martuscello, Shapiro and Brennan, JJ., concur.